UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

AL MOSHIR,

                        Plaintiff,

-against-

JOHN/JANE DOE, et al.,

                        Defendants.

23-CV-6242 (LTS)

CIVIL JUDGMENT

    For the reasons stated in the October 10, 2023, order, this action is dismissed.

    The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

Dated:   October 10, 2023
             New York, New York

                                              /s/ Laura Taylor Swain
                                                LAURA TAYLOR SWAIN
                                          Chief United States District Judge